AO 451 (Rev. 12/12)  Clerk's Certification of a Judgment to be Registered in Another District

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

OCT 13 2015

JAMES N. HATTEN, Clerk
By _____ Deputy Clerk

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| Campbell Harrison & Dagley LLP | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:12-CV-4599 |
| Albert G. Hill, III, Individually, et al | ) |
| *Defendant* | ) |

1:15-MI 0087

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* __06/03/2015__.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: __10/09/2015__

CLERK OF COURT

Donna Rohmfeld

Signature of Clerk or Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION



| | |
|---|---|
| **CAMPBELL HARRISON & DAGLEY L.L.P. and CALLOWAY, NORRIS, BURDETTE AND WEBER, PLLC,**<br><br>Plaintiffs,<br><br>v.<br><br>**ALBERT G. HILL III,** *et al.*,<br><br>Defendants. | Civil Action No. **3:12-CV-4599-L**<br><br>1:15 - MI  0087 |

## JUDGMENT

This Judgment is issued pursuant to the Judgment of the United States Court of Appeals for the Fifth Circuit dated April 2, 2015, and issued as a mandate on May 11, 2015 (Doc. 109), and this court's Order dated June 3, 2015.

Accordingly, it is hereby **ordered, adjudged** and **decreed** that Plaintiffs/Movants Campbell Harrison & Dagley L.L.P., including Suzanne E. Goss, Of Counsel to Campbell Harrison & Dagley L.L.P. (collectively, "CHD"), and Calloway, Norris, Burdette & Weber, PLLC ("CNBW"), are entitled to and shall recover judgment in the total amount of $40,915,407.13, against Defendants/Respondents Albert G. Hill, III and Erin Hill, in both their individual capacities and in their representative capacities on behalf of: (1) N. Hill; (2) C. Hill; (3) A. Hill; (4) the unborn beneficiaries of the Margaret Hunt Trust Estate and/or the Haroldson Lafayette Hunt, Jr. Trust Estate who descend from Albert G. Hill, III and/or Erin Hill; (5) the unascertained beneficiaries of the Margaret Hunt Trust Estate and/or the Haroldson Lafayette Hunt, Jr. Trust Estate who descend from Albert G. Hill, III and/or Erin Hill; and (6) any appointee of Albert G. Hill, III, and/or Erin Hill and/or any person on behalf of whom they (or either of them) acted in entering into the

Attorney's Hourly Rate and Contingency Fee Agreement and/or the Dallas Counsel Attorney's Fee Agreement with CHD and CNBW (collectively, the "Hills"). The total amount of $40,915,407.13 is awarded as follows:

1. **To CHD:**

    a. $3,150,000 for CHD's hourly attorney's fees for its representation of the Hills; and

    b. $69,046.59 in costs/expenses of the American Arbitration Association; and

    c. $647,813.30 as prejudgment interest on Item 1(a).

    *Total to CHD:* $3,219,046.59 as reflected in Items 1(a) and 1(b), plus $647,813.30 in prejudgment interest.

2. **To CNBW:**

    a. $152,167.00 in hourly attorney's fees for CNBW's representation of the Hills; and

    b. $48,344.86 in costs/expenses of the American Arbitration Association; and

    c. $31,293.82 in prejudgment interest on Item 2(a).

    *Total to CNBW:* $200,511.86 as reflected in Items 2(a) and 2(b), plus $31,293.82 in prejudgment interest.

3. **In addition to the amounts set forth in paragraphs 1 and 2, to CHD and CNBW jointly:**

    a. $25,026,774 for percentage contingency attorney's fees for their representation of the Hills;

    b. $6,643,085.60 in attorney's fees incurred in the prosecution of their claims against the Hills; and

   c. $5,146,881.96 in prejudgment interest on Item 3(a).

*Total to CHD and CNBW jointly:* $31,669,859.60 as reflected in Items 3(a) and 3(b), plus $5,146,881.96 in prejudgment interest.

4. Postjudgment interest shall accrue on the total amount of the judgment awarded to Plaintiffs/Movants CHD and CNBW (both amounts awarded individually and jointly) at the applicable federal rate of **.26** percent per annum from the date of this Judgment until it is paid in full. Postjudgment interest shall be compounded annually.

5. All allowable and reasonable costs of court are taxed against the Hills.

6. All relief not expressly granted herein is hereby **denied**.

**Signed** this 3rd day of June, 2015.

*Sam A. Lindsay*
Sam A. Lindsay
United States District Judge

Judgment – Page 3