FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

OCT 13 2015

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CAMPBELL HARRISON & DAGLEY L.L.P. and CALLOWAY, NORRIS, BURDETTE AND WEBER, PLLC,<br>    *Plaintiffs – Applicants/Movants*,<br><br>V.<br><br>ALBERT G. HILL III and ERIN HILL, both individually and on behalf of N. Hill; C. Hill; A. Hill; the unborn and unascertained beneficiaries of the Margaret Hunt Trust Estate and/or the Haroldson Lafayette Hunt, Jr. Trust Estate who descend from Albert G. Hill, III and/or Erin Hill; and any appointee of Albert G. Hill, III, and/or Erin Hill and/or any person on behalf of whom they (or either of them) acted in entering into the Attorneys' Hourly Rate and Contingency Fee Agreement and/or the Dallas Counsel Attorneys' Fee Agreement,<br>    *Defendants – Respondents*. | CIVIL ACTION NO.:<br><br>1:15-MI-0087 |

## PLAINTIFFS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

(1)  The Undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

    a.    Campbell Harrison & Dagley L.L.P. ("CHD")
(including Suzanne E. Goss, Of Counsel to Campbell Harrison
& Dagley L.L.P.)
4000 Two Houston Ctr.
909 Fannin St., Ste. 4000
Houston, TX 77010
713-752-2332
713-752-2330 (fax)

    b.    Calloway, Norris, Burdette & Weber, PLLC ("CNBW")
3811 Turtle Creek Blvd. Suite 400
Dallas, Texas 75219
214-521-1520
214-520-2201 (fax)

    c.    Albert G. Hill, III and Erin Hill, in both their individual capacities and in their representative capacities on behalf of: (1) N. Hill; (2) C. Hill: (3) A. Hill; (4) the unborn beneficiaries of the Margaret Hunt Trust Estate and/or the Haroldson Lafayette Hunt, Jr. Trust Estate who descend from Albert G. Hill, III and/or Erin Hill; (5) the unascertained beneficiaries of the Margaret Hunt Trust Estate and/or the Haroldson Lafayette Hunt, Jr. Trust Estate who descend from Albert G. Hill, III and/or Erin Hill; and (6) any appointee of Albert G. Hill, III, and/or Erin Hill and/or any person on behalf of whom they (or either of them) acted in entering into the Attorneys' Hourly Rate and Contingency Fee Agreement and/or the Dallas Counsel Attorneys' Fee Agreement with CHD and CNBW (collectively, the "Hills").

The Hills are individuals residing in Atlanta, Georgia. Their home address is not included here due to confidentiality/privacy concerns, but will be provided to the Court upon request.

There is no parent corporation or any publicly held corporation that owns more 10% or more of the stock of any party.

(2)   The undersigned further certifies that the following is a full and complete list of all other persons, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

>   Wright & Close LLP
>   One Riverway, Ste. 2200
>   Houston, Texas 77056
>   713-572-4321
>   713-572-4320 (fax)

(3)   The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

>   a.   **Counsel for Plaintiffs/Movants CHD and CNBW**
>
>   Thomas C. Wright
>   Texas State Bar No. 22059400
>   Howard L. Close
>   Texas State Bar No. 04406500
>   Kathleen S. Rose
>   Texas State Bar No. 00798473
>   Patrick B. McAndrew
>   Texas State Bar No. 24042596

Raffi Melkonian
Texas State Bar No. 24090587
WRIGHT & CLOSE, LLP
One Riverway, Suite 2200
Houston, Texas 77056
Telephone: 713-572-4321
Facsimile: 713-572-4320
wright@wrightclose.com
close@wrightclose.com
rose@wrightclose.com
mcandrew@wrightclose.com

Justin M. Campbell III
State Bar No. 03721500
Robin L. Harrison
State Bar No. 09120700
Kenneth J. Fair
State Bar No. 24007171
Suzanne E. Goss
State Bar No. 08222630
CAMPBELL HARRISON & DAGLEY L.L.P.
4000 Two Houston Center
909 Fannin Street, Suite 4000
Houston, TX 77010
Telephone: 713-752-2332
Facsimile: 713-752-2330
jcampbell@chd-law.com
rharrison@chd-law.com
kfair@chd-law.com
sgoss@chd-law.com

R. W. Calloway
State Bar No. 03665000
Mary C. Burdette
State Bar No. 04268800
CALLOWAY, NORRIS, BURDETTE
& WEBER, PLLC
3811 Turtle Creek Blvd., Suite 400

> Dallas, Texas 75219
> Telephone: 214-521-1520
> Facsimile: 214-520-2201
> rwcalloway@cnbwlaw.com
> mburdette@cnbwlaw.com

b. **Counsel for Defendants/Respondents the Hills:**

> John Da Grosa Smith
> Georgia Bar No. 660496
> Kristina Jones
> Georgia Bar No. 435145
> SMITH LLC
> 1320 Ellsworth Industrial Blvd.
> Suite A1000
> Atlanta, Georgia 30318
> Telephone: 404-605-9680
> Facsimile: 404-935-5226
> jdsmith@smithlit.com
> kjones@smithlit.com
>
> Michael Mowla
> Texas Bar Card No. 24048680
> MICHAEL MOWLA PLLC
> 445 E. F.M. 132 #3-718
> Cedar Hill, TX 75104
> Telephone: 972-795-2401
> Facsimile: 972-692-6636
> michael@mowlalaw.com

Submitted this 12th day of October, 2015.

/s/ Thomas C. Wright /KSK
Thomas C. Wright
Counsel for CHD and CNBW